**PARKER & COVERT** LLP
17862 EAST SEVENTEENTH STREET
SUITE 204 ● EAST BUILDING
TUSTIN, CALIFORNIA 92780
TELEPHONE (714) 573-0900
FACSIMILE (714) 573-0998

John E. Hayashida, State Bar No. 082326

Attorneys for Plaintiff,
Glendora Unified School District

FILED
CLERK U.S. DISTRICT COURT

OCT 23 2007

CENTRAL DISTRICT C
BY

LODGED
CLERK, U.S. DISTRICT COURT

OCT 22 2007
5:00 м

CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDORA UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>v.<br><br>S.S. a minor by and through her mother, J.S.,<br><br>        Defendants. | CASE NO.: CV-07-3661- JFW (PLAx)<br>JUDGE:    John F. Walter<br><br><br>STIPULATION TO DISMISS<br>AND ORDER |

///
///
///
///
///
///
///
///
///
///

DOCKETED ON CM

OCT 24 2007

BY                         002

1

I:\WP\GL\117-Solorzano\STIP DISMISS JEH 101107.doc

1     The parties, by and through their undersigned attorneys, hereby stipulate that

2  the complaint filed by the Glendora Unified School District in the above-entitled

3  matter appealing the decision of the Office of Administrative Hearings be dismissed.

4  Dated:  October __/8__, 2007                    PARKER & COVERT LLP

5

6                                                  By: _____

7                                                       John E. Hayashida
                                                        Attorneys for Plaintiff, Glendora
8                                                       Unified School District

9  Dated:  October ____, 2007                      GREY & GREY

10

11

12                                                 By: _____
                                                        David M. Grey
13                                                      Attorneys for Defendants

14                          **ORDER**

15

16     Good cause appearing, the above stipulation is approved and the above-entitled

17  matter is dismissed.

18  Dated:  October __22__, 2007                   _____
                                                        Honorable John F. Walter
19

20

21

22

23

24

25

26

27

28

1:\WP\GL\117-Solorzano\STIP DISMISS JEH 101107.doc

1  The parties, by and through their undersigned attorneys, hereby stipulate that

2  the complaint filed by the Glendora Unified School District in the above-entitled

3  matter appealing the decision of the Office of Administrative Hearings be dismissed.

4  Dated: October ____, 2007       PARKER & COVERT LLP

5

6                                  By: _____

7                                      John E. Hayashida
                                       Attorneys for Plaintiff, Glendora
8                                      Unified School District

9  Dated: October 1_7, 2007        GREY & GREY

10

11                                 By: _____

12                                     David M. Grey
                                       Attorneys for Defendants
13

14                         **ORDER**

15

16     Good cause appearing, the above stipulation is approved and the above-entitled

17  matter is dismissed.

18  Dated: October ____, 2007       _____

19                                      Honorable John F. Walter

20

21

22

23

24

25

26

27

28

2